**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:06-cr-019 |
| | ) | |
| v. | ) | |
| | ) | |
| Melvin Two Shields, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | **ORDER** |
| | ) | |
| Melvin Two Shields, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  1:08-cv-081 |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

The court directs the Clerk's office to seal Government Exhibit Nos. 1-8 that are attached to the Government's response to the Petitioner's § 2255 motion (Case No. 1:06-cr-019, Docket No. 86) as they contains personal identifiers.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Charles S.  Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　Charles S.  Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge